USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/20

# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| Jennifer S. Recine<br>Direct Dial: (212) 506-1916<br>Direct Fax: (212) 658-9722<br>JRecine@kasowitz.com | 1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>Fax: (212) 506-1800 | Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC |

October 6, 2020

**VIA ECF**

Hon. Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2260
New York, New York 10007

**MEMORANDUM ENDORSED**

Re: *Acklin, et al. v. Eichner, et al.*, Case No. 20-cv-07042

Dear Judge Woods:

This firm was recently retained to represent nine of the defendants in the above-referenced proceeding, namely: Ian Bruce Eichner, Leslie H. Eichner, Stuart P. Eichner, Scott L. Lager, T. Park Central LLC, O. Park Central LLC, Park Central Management, LLC, Manhattan Club Marketing Group, LLC, and New York Urban Ownership Management, LLC (collectively, the "Eichner Defendants"). As we have informed plaintiffs' counsel, we have agreed to voluntarily accept service of process on behalf of these defendants.

To allow the Eichner Defendants sufficient time to review the allegations and claims that have been brought against them by the more than 200 plaintiffs to this action, we request that the Eichner Defendants be permitted to answer, move, or otherwise respond to the complaint on or before December 17, 2020. Plaintiffs' counsel has consented to this request. This amounts to an extension of approximately three weeks from the time the Eichner Defendants would be required to respond to the complaint pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure.

In light of this requested extension, plaintiffs and the Eichner Defendants also jointly request that the Initial Pretrial Conference be adjourned from November 6, 2020 until after the Eichner Defendants respond to the Complaint.

Thank you for your consideration of these requests.

Respectfully submitted,

/s/ Jennifer S. Recine

Application granted. The deadline for the Eichner Defendants to answer or otherwise respond to the Complaint is extended to December 17, 2020. The initial pretrial conference scheduled for November 6, 2020 is extended to December 30, 2020 at 2:00 p.m. The joint letter described in the Court's September 5, 2020 order, Dkt. No. 38, is due no later than December 23, 2020.
SO ORDERED.

Dated: October 7, 2020

GREGORY H. WOODS
United States District Judge