# ZIMMERMAN LAW GROUP

**MEMORANDUM ENDORSED**

ATTORNEYS AT LAW
233 WATCHUNG FORK
WESTFIELD, NJ 07090
TEL: (908) 768-6408
FAX: (908) 935-0751
www.zimllp.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/21
```

WRITER'S E-MAIL
jmz@zimllp.com

October 15, 2021

Hon. Gregory H. Woods, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 12C
New York, NY 10007

      Re:    *Charles R. Acklin, et al. v. Ian Bruce Eichner, et al.*
                Case No. 20-cv-7042

Dear Judge Woods:

      In response to the Court's Text Order of October 13, 2021, Plaintiffs respectfully request leave to amend the complaint in response to the Court's decision on the prior motion without the need for briefing and resolution of the motion for reconsideration, and respectfully request 30 days until Monday, November 15, 2021, to file the same.

      Thank you.

Respectfully,

/s/Jean-Marc Zimmerman

Jean-Marc Zimmerman

JMZ/bw
cc: Counsel of Record

Application granted. Plaintiffs are granted leave to amend the complaint to address the deficiencies identified in the Court's September 28, 2021 Memorandum Opinion and Order. Dkt. No. 98. Any amended complaint must be filed no later than November 15, 2021. Plaintiffs' October 12, 2021 motion for reconsideration, Dkt. No. 100, is withdrawn.

The Clerk of Court is directed to terminate the motion currently pending at Dkt. No. 100.

SO ORDERED.

Dated: October 15, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge