```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CARLES R. ACKLIN, *et al.*,

                          Plaintiffs,

-against-                        1:20-cv-07042-GHW

IAN BRUCE EICHNER, LESLIE H. EICHNER,    ORDER
STUART P. EICHNER, SCOTT L. LAGER, T.
PARK CENTRAL LLC, O. PARK CENTRAL
LLC, PARK CENTRAL MANAGEMENT, LLC,
MANHATTAN CLUB MARKETING GROUP,
LLC, NEW YORK URBAN OWNERSHIP
MANAGEMENT, LLC and BLUEGREEN
VACATIONS UNLIMITED, INC.,

                          Defendants.
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court held a premotion conference on December 3, 2021 to address Defendants' anticipated motions to dismiss Plaintiffs' amended complaint. As discussed at that conference, the deadline for Defendants to file and serve their motions to dismiss is December 28, 2021. Plaintiffs' oppositions are due within twenty-one days after service of Defendants' motions; Defendants' replies, if any, are due within seven days after service of Plaintiffs' oppositions. Discovery remains stayed pending briefing and resolution of the motions to dismiss.

      SO ORDERED.

Dated: December 3, 2021
New York, New York

                                                     GREGORY H. WOODS
                                             United States District Judge