# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHARLES R. ACKLIN, ET AL., | : | Civil Action No. 20-cv-7042-GHW |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| IAN BRUCE EICHNER, LESLIE H. EICHNER STUART P. EICHNER, SCOTT L. LAGER, T. PARK CENTRAL LLC, O. PARK CENTRAL LLC, PARK CENTRAL MANAGEMENT, LLC, MANHATTAN CLUB MARKETING GROUP, LLC, NEW YORK URBAN OWNERSHIP MANAGEMENT, LLC AND BLUEGREEN VACATIONS UNLIMITED, INC., | : : : : : : : : | NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER |
| Defendants. | : : | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i), Plaintiffs Yair Cohen and Orly Cohen hereby dismiss without prejudice this action and all claims therein against all the Defendants, with each party to bear their own attorneys' fees and costs.

By: /s/ *Jean-Marc Zimmerman*
Jean-Marc Zimmerman
Zimmerman Law Group
153 Central Avenue
P.O. Box 2653
Westfield, NJ 07090
E: jmz@zimllp.com
T: (908) 768-6408

Steven M. Hoffberg
Hoffberg & Associates
29 Buckout Road
West Harrison, NY 10604
E: steve@hoffberglaw.com
T: (914) 949-2300

Attorneys for Plaintiffs Yair Cohen and Orly Cohen

SO ORDERED:

Dated:_____

_____
Gregory H. Woods, U.S.D.J.