# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHARLES R. ACKLIN, ET AL., | : | Civil Action No. 20-cv-7042-GHW |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| IAN BRUCE EICHNER, LESLIE H. EICHNER STUART P. EICHNER, SCOTT L. LAGER, T. PARK CENTRAL LLC, O. PARK CENTRAL LLC, PARK CENTRAL MANAGEMENT, LLC, MANHATTAN CLUB MARKETING GROUP, LLC, NEW YORK URBAN OWNERSHIP MANAGEMENT, LLC AND BLUEGREEN VACATIONS UNLIMITED, INC., | : | NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER |
| Defendants. | : | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i), Plaintiffs John S. Kuhlthau and Carol C. Kuhlthau hereby dismiss without prejudice this action and all claims therein against all the Defendants, with each party to bear their own attorneys' fees and costs.

By: /s/ *Jean-Marc Zimmerman*
Jean-Marc Zimmerman
Zimmerman Law Group
153 Central Avenue
P.O. Box 2653
Westfield, NJ 07090
E: jmz@zimllp.com
T: (908) 768-6408

Steven M. Hoffberg
Hoffberg & Associates
29 Buckout Road
West Harrison, NY 10604
E: steve@hoffberglaw.com
T: (914) 949-2300

Attorneys for Plaintiffs John S. Kuhlthau and Carol C. Kuhlthau

SO ORDERED:

Dated: _____                                   _____
                                                      Gregory H. Woods, U.S.D.J.