**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
CHARLES R. ACKLIN, et al.,

                         Plaintiffs,

   -against-                                        20 **CIVIL** 7042 (GHW)

                                                          **JUDGMENT**

IAN BRUCE EICHNER; LESLIE H. EICHNER;
STUART P. EICHNER; SCOTT L. LAGER; T. PARK
CENTRAL LLC; O. PARK CENTRAL LLC; PARK
CENTRAL MANAGEMENT, LLC; MANHATTAN
CLUB MARKETING GROUP, LLC; NEW YORK
URBAN OWNERSHIP MANAGEMENT, LLC; and
BLUEGREEN VACATIONS UNLIMITED, INC.,

                        Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated February 26, 2024, Defendants' motions to dismiss are GRANTED as to Plaintiffs' RICO claims (First and Second Counts). Dkt. Nos. 119, 121. Plaintiffs' RICO claims are dismissed with prejudice. The Court also declines to exercise supplemental jurisdiction over Plaintiffs' remaining claims and dismisses those claims without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       February 26, 2024

                                                              **RUBY J. KRAJICK**
                                                              **Clerk of Court**

                                **BY:**     *K. Mango*

                                                               **Deputy Clerk**