# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

All Plaintiffs,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 CV 7042 (GHW)( )

-against-

**NOTICE OF APPEAL**

Ian Bruce Eichner, Leslie H. Eichner, Stuart P. Eichner, Scott L. Lager, T. Park Central LLC, O. Park Central LLC

Central Management LLC, Manhattan Club Marketing Group LLC, and New York Urban Ownership Management LLC

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: All Plaintiffs

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☑ order entered on: November 18, 2024

(date that judgment or order was entered on docket)

that: denied Plaintiff's Motion Under Federal R. Civ. P. 60(b) to vacate the dismissal of Plaintiff's Complaint entered on February 26, 2024.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

December 18, 2024
Dated

*signed* Jean-Marc Zimmerman
Signature*

Jean-Marc Zimmerman of Lucosky Brookman LLP
Name (Last, First, MI)

| 101 Wood Avenue South, | Woodbridge | NJ | 08830 |
|---|---|---|---|
| Address | City | State | Zip Code |

908 768 6408                          jmzimmerman@lucbro.com
Telephone Number                      E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13